**Order entered September 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00629-CR

### VINCENT REED MCCAULEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MB13-45533-K**

## ORDER

The Court **GRANTS** appellant's September 25, 2015 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/ ADA BROWN
   JUSTICE